UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-5675-DMG (Ex) | Date | September 18, 2018 |

Title  *Carmen John Perri v. Dominos Pizza, et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS - ORDER AND NOTICE TO PARTIES**

On August 31, 2018, the Court ordered Plaintiff to show cause in writing, no later than September 14, 2018, why the above-entitled action should not be dismissed as to Defendant Dominos Pizza for failure to prosecute. [Doc. # 21.] On September 5, 2018, Cross-Defendant E.M. Pizza, Inc. filed a declaration. [Doc. # 22.] To date, Plaintiff has not filed a response.

Accordingly, good cause appearing, the Court **DISMISSES** this action without prejudice as to Defendant Dominos Pizza only under Federal Rule of Civil Procedure 4(m) for failure to prosecute.

IT IS SO ORDERED.